CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED
OCT 08 2008
JOHN F. CORCORAN, CLERK
BY DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| LORETTA J. HAWES, *Plaintiff,* | CIVIL NO. 3:07CV00057 |
| v. | ORDER |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY, *Defendant* | JUDGE NORMAN K. MOON |

This matter is before the Court upon the parties' cross motions for summary judgment (docket no. 10, 14), the Report and Recommendation of the U.S. Magistrate Judge (docket no. 16), and Plaintiff's objections thereto (docket no. 17). For the reasons set forth in the accompanying Memorandum Opinion, it is hereby ordered as follows:

1. The Plaintiff's objections (docket no. 17) are DENIED.
2. The Commissioner's final decision is ADOPTED.
3. The Report & Recommendation of the U.S. Magistrate Judge (docket no. 16) is ADOPTED.
4. The Commissioner's motion for summary judgment (docket no. 14) is GRANTED.
5. Plaintiff's motion for summary judgment (docket no. 10) is DENIED.
6. The case is hereby DISMISSED, and the Clerk of the Court is hereby directed to STRIKE it from the active docket of the Court.
7. The Clerk of the Court is further directed to send a certified copy of this Order to all counsel of record and to U.S. Magistrate Judge B. Waugh Crigler.

It is so ORDERED.

ENTER: This \_\_\_\_ day of October, 2008.

*/s/ Norman K. Moon*
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE